# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**FRANK MITACEK III and SUSAN MITACEK,**<br><br>    **Defendant-Debtors**<br><br>**HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**FRANK MITACEK III and SUSAN MITACEK,**<br><br>    **Defendants.** | **CASE NO. 1:11-CV-0144 AWI**<br><br>**ORDER VACATING HEARING DATE OF MARCH 7, 2011 AND TAKING MATTER UNDER SUBMISSION** |

    Plaintiff has filed a motion to withdraw reference of an adversary proceeding from the bankruptcy court to the district court. Defendants have not filed an opposition; they are no longer entitled to be heard at oral argument. See Local Rule 230(c). The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 7, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take

1 | the matter under submission and will thereafter issue its decision.
2 | IT IS SO ORDERED.
3 |
4 | Dated:    March 3, 2011                    _____
                                                CHIEF UNITED STATES DISTRICT JUDGE